FILED
2011 Mar-14 AM 10:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | | |
|---|---|---|
| **WILLIAM CYPHERS,** | ) | |
| **PLAINTIFF,** | ) | |
| VS. | ) | **2:11-cv-364-JHH** |
| **LAW OFFICES OF WILLIAM G. SOKOL, LLC,** | ) | |
| | ) | |
| **DEFENDANT.** | ) | |

## ORDER

The court has before it the Notice of Settlement (Doc. #2) filed by Plaintiff William Cyphers on March 11, 2011. The Notice (Doc. #2) informs the court that a settlement of the above-referenced matter has been reached and will be finalized within the next thirty (30) days. The parties are **DIRECTED** to inform the court within thirty (30) days of the date of this order whether the settlement has been finalized. All other deadlines in this matter are stayed until April 18, 2011.

**DONE** this the 14th day of March, 2011.

_____
SENIOR UNITED STATES DISTRICT JUDGE