FILED
2011 Apr-15  PM 01:54
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| WILLIAM CYPHERS, | ) |
| | ) **VOLUNTARY DISMISSAL** |
| Plaintiff, | ) |
| | ) **Case No.: 2:11-cv-00364-JHH** |
| vs. | ) |
| | ) |
| LAW OFFICE OF WILLIAM G. SOKOL LLC, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## NOTICE OF VOLUNTARY DISMISSAL

WILLIAM CYPHERS (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, LAW OFFICE OF WILLIAM G. SOKOL, LLC, (Defendant), in this case.

April 15, 2011

By: /s/ M. Brandon Walker
M. Brandon Walker, Esquire
ASB: 7482-H62W
1120 Lanier Drive
Bessemer AL 35022
Tel: (205) 306-4594

Of Counsel for
KROHN & MOSS, LTD.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Ph:  (323) 988-2400
Fax: (866) 802-0021
Attorney for Plaintiff